IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| BETZAIDA MORALES PEDROZA | CASE NO. 15-04965 MCF<br>Chapter 13 |
| XXX-XX-7729 | |
| | **FILED & ENTERED ON 8/27/2015** |
| Debtor(s) | |

NOTICE RESCHEDULING HEARING ON CONFIRMATION

The hearing on confirmation scheduled for 8/28/2015 will now be held on 9/25/2015 at 02:00 P.M., at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, Old San Juan, Puerto Rico.

San Juan, Puerto Rico, this 27 day of August, 2015.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK OF THE COURT

BY: MARISOL LOPEZ QUINONEZ
DEPUTY CLERK

CC: ALL CREDITORS