IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 15-04965 MCF |
| BETZAIDA MORALES PEDROZA | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO BEGIN EVALUATION OF LOSS MITIGATION/LOAN
MODIFICATION WITH MORTGAGE CREDITOR BPPR**

TO THE HONORABLE COURT:

NOW COME, **BETZAIDA MORALES PEDROZA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is the owner of a residential real property encumbered by a mortgage in favor of creditor Banco Popular de Puerto Rico ("BPPR"), which secured creditor filed secured claim no. 2-1, in the above captioned case.

2. The debtor intends to approach BPPR to begin evaluation for a loss mitigation or loan modification of the mortgage loan with BPPR. Secured creditor BPPR requests an Order from this Honorable Court to begin the evaluation process for loss mitigation or loan modification with the debtor.

3. Therefore, the debtor respectfully requests an Order from this Honorable Court authorizing the parties, debtor and BPPR, to begin the evaluation for loss mitigation or mortgage loan modification.

**WHEREFORE**, debtor respectfully requests this Honorable Court grant the present motion and enter an Order approving authorization for the debtor to initiate a loss mitigation or loan modification evaluation with secured creditor BPPR, in the above captioned case.

Page – 2-
Motion Requesting Authorization
for Loss Mitigation Evaluation
Case no. 15-04965 MCF13

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtors; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th day of May, 2016.

*/s/Roberto Figueroa Carrasquillo*
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO            US Bankruptcy Court District of P.R.
0104-3                                   C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF Jose V Toledo Fed Bldg & US Courthouse
Case 15-04965-MCF13                      BANCO POPULAR CENTER, SUITE 1022        300 Recinto Sur Street, Room 109
District of Puerto Rico                  209 MUNOZ RIVERA AVE.                   San Juan, PR 00901-1964
Old San Juan                             SAN JUAN, PR 00918-1000
Tue May 10 12:32:41 AST 2016

BANCO POPULAR DE PUERTO RICO             BANCO POPULAR DE PUERTO RICO            Banco Popular De Puerto Rico
BANKRUPTCY DEPARTMENT                    PO BOX 362708                           PO Box 2708
PO BOX 366818                            SAN JUAN, PR 00936-2708                 San Juan, PR  00936
SAN JUAN PR 00936-6818


Salichs Pou & Associates, PSC            (p)SPRINGLEAF FINANCIAL SERVICES        ALEJANDRO OLIVERAS RIVERA
Ruben Aponte Mellado                     P O BOX 3251                            ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO Box 195553                            EVANSVILLE IN 47731-3251                PO BOX 9024062
San Juan, PR  00919-5553                                                         SAN JUAN, PR 00902-4062


BETZAIDA MORALES PEDROZA                 MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
HC 60 BOX 43149                          OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
SAN LORENZO, PR 00754-9879               OCHOA BUILDING                          CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Springleaf Financial S                   End of Label Matrix
600 N Royal Ave                          Mailable recipients    11
Evansville, IN  47715                    Bypassed recipients     0
                                         Total                  11
```