## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE: **BETZAIDA MORALES PEDROZA** **xxx–xx–7729** Debtor(s) | Case No. **15–04965 MCF** Chapter **13** FILED & ENTERED ON 5/12/16 |

### *ORDER*

The motion filed by DEBTOR requesting authorization to enter a Loss Mitigation Process (docket #20) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, May 12, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge