# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**BETZAIDA MORALES PEDROZA**<br>xxx–xx–7729<br><br>Debtor(s) | Case No. **15–04965 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 5/12/16 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Authorization to Use 2014 Tax Refund filed by DEBTOR, docket #19.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, May 12, 2016 .

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge