**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **BETZAIDA MORALES PEDROZA** <br><br> xxx–xx–7729 <br><br> Debtor(s) | Case No. **15–04965 MCF** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 3/18/19 |

### ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan February 19, 2019 (docket entry #27). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 18, 2019 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge